JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KISASI LIGGINS,, <br><br>     Plaintiff <br><br>     v. <br><br> J. GASTELO, et al., <br><br>     Defendants. | Case No. 2::21-cv-5708-DOC (JEM) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED THAT the above-captioned action is dismissed without leave to amend.

DATE: March 14, 2023

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE